IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ZACHARY RYAN BUCKNER                                                         PLAINTIFF

V.                                          CASE NO. 5:21-CV-5144

WASHINGTON COUNTY DETENTION CENTER;
WASHINGTON COUNTY SHERIFF'S DEPARTMENT;
DEPUTY WAYNE EMMIUS; OFFICER PHIPPS;
and JOHN DOE OFFICERS                                                         DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on September 29, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Washington County Detention Center and the Washington County Sheriff's Department are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). The Amended Complaint will be served on Deputy Emmius and Officer Phipps by separate order.

**IT IS SO ORDERED** on this 19th day of October, 2021.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE